Case3:09-cv-05747-JCS   Document1   Filed12/08/09   Page1 of 15

E-filing

| | |
|---|---|
| 1 | FORREST R. COGSWELL, State Bar No. 65481 |
| | dcogswell@cnc-law.com |
| 2 | COGSWELL NAKAZAWA & CHANG |
| | 444 W. Ocean Blvd., Suite 1250 |
| 3 | Long Beach, California 90802 |
| | Telephone (562) 951-8668 |
| 4 | Facsimile: (562) 951-3933 |
| 5 | Attorneys for Defendant |
| | ZODIAC MARITIME AGENCIES LTD. |

FILED
DEC - 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID DIAZ,

    Plaintiff,

vs.

ZODIAC MARITIME AGENCIES LTD.
and Does 1 through 20,

    Defendants.

CASE NO.: **C09-05747** JCS

NOTICE OF REMOVAL UNDER 28
U.S.C. § 1441 (b) (DIVERSITY AND
FEDERAL QUESTION )

TO THE CLERK OF THE CAPTIONED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332 (diversity jurisdiction), 1331 (federal question jurisdiction), 1441(b) (removability of federal question and diversity actions), and 1446 (removal procedure), Defendant ZODIAC MARITIME AGENCIES LTD. ("Zodiac"), removes the state case identified below to this Court.

1. On September 24, 2009, a Complaint was filed in the Superior Court of the State of California in and for the County of Alameda, entitled "David Diaz vs. Zodiac Maritime Agencies Ltd, and Does 1 through 20," case number RG09475810. A true and correct copy of this Complaint is attached as Exhibit "A." A true and correct copy of the summons received by Zodiac is attached as Exhibit "B." The Complaint alleges that Plaintiff was injured on November 19, 2009 in Oakland, California.

1

2. This removal is timely. A defendant has 30 days to remove the case to federal court after service of the Complaint or receipt of a copy of the initial pleading setting forth the claim for relief, whichever is shorter. 28 U.S.C. § 1446(b). Zodiac first received a copy of the Complaint in state court in early October, via registered airmail with a Notice and Acknowledgment of Receipt. This was its first awareness of the action. Zodiac did not sign nor return the Acknowledgment, so service was not effective. California Code of Civil Procedure §415.40(c). Because Zodiac has not been served, the 30-day period has not yet begun to run. Therefore, this removal is timely. The 30-day period for removal begins to run from the date defendant is served, not when he received the complaint. *Murphy Bros Ind. V. Michetti Pipe Stringing, Inc.* 526 US 344 (1999). *Pilot Trading Co. v. Hartford Insurance Group*, 946 F.Supp. 834, 839 (D. Nev. 1996).

3. Moreover, even if Plaintiff's Complaint had been served on Zodiac, the Complaint fails to trigger the thirty day period in 28 U.S.C. § 1446 (b) for removal because it does not allege an amount in controversy, and thus does not indicate that the case is removable. *Chapman v. Powermatic, Inc*. 969 F.2d 160, 163 (5th Cir. 1992). Nor does the Complaint describe the extent or nature of Plaintiff's alleged damages; it merely alleges that Plaintiff "suffered wage loss...hospital and medical expenses...general damage...and loss of earning capacity," and prays for "compensatory damages...according to proof."

4. A notice of removal may be filed within 30 days after receipt by a defendant of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is removable. 28 U.S.C. § 1446 (b). This removal is timely because Zodiac first became aware of the amount in controversy via receipt by its counsel of Plaintiff's Statement of Damages (attached as Exhibit "C") on November 23, 2009. This was the first "paper" by which Zodiac could and did ascertain that the case is removable.

5. Diversity jurisdiction exists in this case. 28 U.S.C. § 1332 confers diversity jurisdiction to this Court in "all civil actions where the matter in controversy exceeds the sum or value of $ 75,000, and is between...citizens of different States." This action is removable pursuant to 28 U.S.C. § 1441(b) based on the following facts:

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (B) ( DIVERSITY AND FEDERAL QUESTION)

      a.    This is a civil action;

      b.    There is complete diversity among the parties:

          i.    The Complaint alleges that Plaintiff is a longshoreman injured at work in the Port of Oakland, California, so on information and belief Plaintiff is today and was on September 24, 2009 and at the time of the alleged accident, a citizen of California;

          ii.    Zodiac is today and was on September 24, 2009 and at the time of Plaintiff's alleged accident, a corporation organized under the laws of the United Kingdom with its principal place of business in London, England;

      c.    The amount in controversy exceeds the sum of $ 75,000. Although the amount of controversy is not specifically alleged in the complaint, declarant received a Statement of Damages on November 23, 2009 in which Plaintiff lists his damages as $365,000. See Exhibit C. Thus the amount in controversy is sufficient for jurisdiction in this Court, and this Statement was Zodiac's first knowledge of the amount in controversy. This case is, therefore, removable pursuant to 28 U.S.C. § 1441(b).

6. Although Plaintiff's Complaint does not expressly so state, the Complaint alleges facts constituting a cause of action under the Longshoremen's and Harbor Workers Compensation Act 33 U.S.C. § 905(b) et seq. As a result, this Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 and this action is properly removable pursuant to 28 U.S.C. § 1441 (b). *Little v. RMC Pac. Materials*, 2005 U.S.Dist.LEXIS 14338 (N.D.Cal. 2005).

7. The existence of Doe defendants does not defeat diversity jurisdiction. *Bryant v. Ford Motor Co.*, 886 F.2d 1526 (9th Cir. 1989).

8. True and correct copies of the 1) Complaint, 2) Summons and 3) Statement of Damages which constitute "all process, pleadings, and orders served upon" Defendant Zodiac Maritime Agencies Ltd. are attached hereto as Exhibits "A," "B," and "C" respectively.

///

///

///
3

9. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California in and for the County of Alameda, and is being served on counsel of record pursuant to 28 U.S.C. §§ 1446 (a) and (d).

Dated: December 1, 2009         COGSWELL NAKAZAWA & CHANG LLP

By _____
Forrest R. Cogswell
Attorneys for Defendant
Zodiac Maritime Agencies, Ltd.

Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick B. Streb, SBN 116555<br>Weltin Streb & Weltin, LLP<br>1432 Martin Luther King, Jr. Way<br>Oakland CA 94612<br><br>TELEPHONE NO: (510)251-6060   FAX NO (Optional): (510) 251-6040<br>E-MAIL ADDRESS (Optional): pstreb@weltinlaw.com<br>ATTORNEY FOR (Name): Plaintiff David Diaz | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland CA 94612<br>BRANCH NAME: Northern Division Rene C. Davidson Courthou | **ENDORSED<br>FILED<br>ALAMEDA COUNTY**<br><br>**SEP 24 2009**<br><br>CLERK OF THE SUPERIOR COURT<br>By _____C. PITTS_____<br>Deputy |
| PLAINTIFF: David Diaz<br><br>DEFENDANT: Zodiac Maritime Agencies, Ltd.<br><br>[x] DOES 1 TO 20 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE      [x] OTHER (specify): longshoreman<br>[ ] Property Damage    [ ] Wrongful Death<br>[x] Personal Injury    [ ] Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  [ ] does not exceed $10,000<br>                 [ ] exceeds $10,000, but does not exceed $25,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER:<br><br>RG09475810 |

1. Plaintiff (name or names): David Diaz

   alleges causes of action against defendant (name or names): Zodiac Maritime Agencies Ltd.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: Diaz v. Zodiac Maritime | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Zodiac Maritime Agencies Ltd.

   (1) ☒ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   c. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   b. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   d. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Diaz v. Zodiac Maritime | CASE NUMBER |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $ 0.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 17, 2009

Patrick B. Streb
(TYPE OR PRINT NAME)

▶ /s/
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: Diaz v. Zodiac Maritime | CASE NUMBER |
|---|---|

First _____ **CAUSE OF ACTION—General Negligence**    Page Four
(number)

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: David Diaz

alleges that defendant *(name)*: Zodiac Maritime Agencies Ltd.

[x] Does _____ to 20 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: March 10, 2009
at *(place)*: Oakland, California

*(description of reasons for liability)*:

Defendants were the owners, operators, managers and in control of the vessel "Hyundai Explorer," its gear and component parts. Plaintiff was a longshoreman working on said vessel.

Defendants negligently owned, operated, maintained, supervised and controlled said vessel and its equipment, and the vessel and equipment were in a dangerous defective and improper condition creating a risk of injury to persons working on the vessel. The defective dangerous and improper conditions were unknown to plaintiff but were known, or should have been know with the exercise of ordinary care, to defendants. As a result plaintiff suffered personal injury.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12

Exhibit B

Case3:09-cv-05747-JCS Document1 Filed12/08/09 Page10 of 15

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Zodiac Maritime Agencies, Ltd. and Does 1-20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
David Diaz

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

SEP 2 4 2009

CLERK OF THE SUPERIOR COURT
By _____C. PITTS_____ Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court County of Alameda
1225 Fallon Street
Oakland CA 94612
Northern Division Rene C. Davidson Courthouse

CASE NUMBER *(Número del Caso)*: RG09475810

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrick B. Streb, SBN 116555        (510)251-6060   (510) 251-6040
Weltin Streb & Weltin, LLP
1432 Martin Luther King, Jr. Way
Oakland CA 94612

DATE: SEP 2 4 2009     PAT S. SWEETEN    Clerk, by ___C. PITTS___, Deputy
*(Fecha)*                                *(Secretario)*          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Zodiac Maritime Agencies, Ltd.
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Exhibit C

- DO NOT FILE WITH THE COURT -
- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Patrick B. Streb, SBN 116555<br>Weltin Streb & Weltin, LLP<br>1432 Martin Luther King, Jr. Way<br>Oakland CA 94612 | (510) 251-6060 | |
| ATTORNEY FOR (name): Plaintiff David Diaz | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland CA 94612
BRANCH NAME: Northern Division Rene C. Davidson Co

PLAINTIFF: David Diaz
DEFENDANT: Zodiac Maritime Agencies Ltd.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER:
RG 09 475810

To (name of one defendant only): Zodiac Maritime Agencies Ltd.
Plaintiff (name of one plaintiff only): David Diaz
seeks damages in the above-entitled action, as follows:

1. **General damages**    AMOUNT
   a. [x] Pain, suffering, and inconvenience ............................................. $ 300,000.00
   b. [x] Emotional distress ............................................................. $ 300,000.00
   c. [ ] Loss of consortium ............................................................. $ 0.00
   d. [ ] Loss of society and companionship (wrongful death actions only) ................ $ 0.00
   e. [ ] Other (specify) ............................................................... $ 0.00
   f. [ ] Other (specify) ............................................................... $ 0.00
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [x] Medical expenses (to date) ..................................................... $ 20,000.00
   b. [x] Future medical expenses (present value) ........................................ $ unknown
   c. [x] Loss of earnings (to date) ..................................................... $ $45,000.00
   d. [x] Loss of future earning capacity (present value) ................................. $ unknown
   e. [ ] Property damage ................................................................ $ 0.00
   f. [ ] Funeral expenses (wrongful death actions only) .................................. $ 0.00
   g. [ ] Future contributions (present value) (wrongful death actions only) .............. $ 0.00
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .... $ 0.00
   i. [ ] Other (specify) ................................................................ $ 0.00
   j. [ ] Other (specify) ................................................................ $ 0.00
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify). $ 0.00
   when pursuing a judgment in the suit filed against you.

Date: November 19, 2009

Patrick B. Streb, SBN 116555
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                                Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115

CIV-050

| PLAINTIFF: David Diaz | CASE NUMBER: |
|---|---|
| DEFENDANT: Zodiac Maritime Agencies Ltd. | RG 09 475810 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [X] Statement of Damages    [ ] Other *(specify)*:

   b. on *(name)*: Zodiac Maritime Agencies Ltd.
   c. by serving  [ ] defendant  [x] other *(name and title or relationship to person served)*: Atty Forrest R. Cogswell Cogswell Nakazawa et al. 444 W. Ocean Blvd #1250 Long Beach CA 90802
   d. [ ] by delivery  [ ] at home  [x] at business
       (1) date:
       (2) time:
       (3) address:

   e. [x] by mailing
       (1) date: November 19, 2009
       (2) place: Oakland CA

2. Manner of service *(check proper box)*
   a. [ ] **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. [x] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. [ ] Other *(specify code section)*:
       [ ] additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $ 0.00
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [x] Not a registered California process server
   e. [ ] Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date: November 19, 2009

▶ _(signature)_
(SIGNATURE)
Laura Powers

Date:

▶
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure, §§ 425.11 425.115

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 444 W. Ocean Blvd., Suite 1250, Long Beach, CA 90802-8131.

On December 2, 2009, I served the foregoing document described as: ***NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (b) (DIVERSITY AND FEDERAL QUESTION)*** on the interested parties in this action, by placing the ( ) original (X) true copy thereof enclosed in sealed envelope to the addressee as follows:

Patrick B. Streb
Weltin Streb & Weltin, LLP
1432 Martin Luther King, Jr. Way
Oakland, CA 94612

(X) **by mail** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing, which is deposited with U.S. Postal Service on that same day with postage thereon fully prepared at Long Beach, CA in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) **by personal service** as follows: I caused to be delivered by messenger service to the offices of the addressee(s).

( ) **by facsimile** as follows: I caused service by facsimile. The transmission was reported as complete and without error with transmission report.

( ) **by overnight mail** as follows: I caused the foregoing document to be served by overnight service.

(X) (**State**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( ) (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2009, at Long Beach, California.

*Michelle Barahona*
Michelle Barahona