1  Patrick B. Streb, Esq. (SBN 116555)
   Weltin Streb & Weltin, LLP
2  1432 Martin Luther King Jr. Way
   Oakland, California  94612
3  Telephone (510) 251-6060
   Fax (510) 251-6040
4
5  Attorneys for Plaintiff
   DAVID DIAZ

6                         UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  DAVID DIAZ,                                 Case No.: C 09-05747 VRW

10                Plaintiff,
                                                **[PROPOSED] ORDER RE:
11                                              STIPULATION AND MOTION TO
          v.                                    AMEND COMPLAINT TO ADD
12                                              DEFENDANT ACADIA MARITIME LTD.**
   ZODIAC MARITIME AGENCIES, LTD.
13
                  Defendant.
14

15

16

17

18       Pursuant to the stipulation between the parties, plaintiff's motion to amend the complaint to
   add defendant Acadia Maritime Ltd. is GRANTED.
19

20

21
   Date:__8/13/2010_____                    _____
22                                              Honorable Vaughn R. Walker

23

---

Case No.: C09-05747 VRW                         [Proposed] Order re: Stip and Motion to Amend Complaint