FORREST R. COGSWELL, State Bar No. 65481
COGSWELL NAKAZAWA & CHANG LLP
444 West Ocean Blvd, Suite 1250
Long Beach, California 90802
Telephone (562) 951-8668
Facsimile (562) 951-3933

Attorneys for Defendants
ZODIAC MARITIME AGENCIES LTD. and
ACADIA MARITIME LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ZODIAC MARITIME AGENCIES LTD.<br>and Does 1 through 20,<br><br>    Defendants. | Case No. C09-05747 VRW<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |

The Court GRANTS the request of counsel for Defendants ZODIAC MARITIME AGENCIES LTD. and ACADIA MARITIME LIMITED, Forrest R. Cogswell, to appear telephonically at the November 30, 2010 Case Management Conference.

IT IS SO ORDERED.

Dated: 11/29/2010

_____
Hon. Judge Vaughn R Walker

1

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE