United States District Court
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN FRANCISCO DIVISION

10   David Diaz,                                    NO. C 09-05747 JW

11              Plaintiff,                           **ORDER TO SHOW CAUSE RE.
        v.                                          DISMISSAL; VACATING PRELIMINARY
12                                                  PRETRIAL CONFERENCE**
     Zodiac Maritime Agencies Ltd., et al.,
13
                Defendants.
14   _____/

15          On June 10, 2011, the Court issued an Order Modifying Case Schedule in this case setting a

16   Preliminary Pretrial Conference for September 12, 2011 at 11 a.m., and requiring the parties to file a

17   Preliminary Pretrial Conference Statement on or before September 2, 2011.  (See Docket Item No.

18   35.)  Since that time, there has been no further activity in this case, as reflected by the docket.  In

19   particular, the parties have not filed the Preliminary Pretrial Conference Statement required by the

20   Court's June 10 Order.

21          Accordingly, the Court VACATES the September 12 Conference.  On **September 19, 2011

22   at 9 a.m.**, Plaintiff shall appear to show cause, if any, by actual appearance in Court and by

23   certification filed with the Court on or before **September 9, 2011**, why this case should not be

24   dismissed for lack of prosecution.  See Fed. R. Civ. P. 41(b).  The certification shall set forth, in

25   factual summary, the reasons why this case has been idle, and will state what actions Plaintiff is

26

27

28

1  taking to move this case forward.  Failure to comply with any part of this Order is sufficient to

2  warrant dismissal under Fed. R. Civ. P. 41(b), which is a dismissal on the merits.

3

4

5  Dated:  September 7, 2011

6  JAMES WARE
   United States District Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2
Brian Elmar Kerss bkerss@weltinlaw.com
Forrest Richard Cogswell dcogswell@cnc-law.com

3
Patrick Brennen Streb streb@pacbell.net
William Nelson Brooks wbrooks@wnblaw.com

4

5

**Dated:  September 7, 2011**                    **Richard W. Wieking, Clerk**

6

7                                               **By:      /s/ JW Chambers**
                                                   **Susan Imbriani**

8                                                  **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28