IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| David Diaz, | NO. C 09-05747 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE. DISMISSAL; VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Zodiac Maritime Agencies Ltd., et al., | |
| Defendants. | |

On June 10, 2011, the Court issued an Order Modifying Case Schedule in this case setting a Preliminary Pretrial Conference for September 12, 2011 at 11 a.m., and requiring the parties to file a Preliminary Pretrial Conference Statement on or before September 2, 2011. (See Docket Item No. 35.) Since that time, there has been no further activity in this case, as reflected by the docket. In particular, the parties have not filed the Preliminary Pretrial Conference Statement required by the Court's June 10 Order.

Accordingly, the Court VACATES the September 12 Conference. On **September 19, 2011 at 9 a.m.**, Plaintiff shall appear to show cause, if any, by actual appearance in Court and by certification filed with the Court on or before **September 9, 2011**, why this case should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b). The certification shall set forth, in factual summary, the reasons why this case has been idle, and will state what actions Plaintiff is

taking to move this case forward.  Failure to comply with any part of this Order is sufficient to warrant dismissal under Fed. R. Civ. P. 41(b), which is a dismissal on the merits.

Dated: September 7, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Elmar Kerss bkerss@weltinlaw.com
Forrest Richard Cogswell dcogswell@cnc-law.com
Patrick Brennen Streb streb@pacbell.net
William Nelson Brooks wbrooks@wnblaw.com

**Dated: September 7, 2011**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**