UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZODIAC MARITIME AGENCIES LTD. and Does 1 through 20,<br><br>　　　　Defendants. | Case No. C09-05747-VRW<br><br>[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that inasmuch as this case has been settled, this action is dismissed in its entirety with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated: September 14, 2011

　　　　　　　　　　　　　　　　　　／s／ James Ware
　　　　　　　　　　　　　　　　　　United States District Judge

*IT IS SO ORDERED*
*Judge James Ware*

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER