UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID DIAZ, | ) | Case No. C09-05747-VRW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO DISMISS |
| | ) | ACTION WITH PREJUDICE |
| vs. | ) | |
| | ) | |
| ZODIAC MARITIME AGENCIES LTD. | ) | |
| and Does 1 through 20, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that inasmuch as this case has been settled, this action is dismissed in its entirety with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated: September 14, 2011

_____
United States District Judge

*IT IS SO ORDERED.*
*Judge James Ware*